IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHYLLIS TALLOS-GOLDRING | : Case No. 17-13865 |
| Debtor | : Chapter 13 |
| TOWER AT OAK HILL CONDOMINIUM ASSOC. | : |
| C/o CAMCO Management Company | : |
| 511 West Chester Pike | : |
| Havertown, PA 19083 | : |
| Vs. | : |
| PHYLLIS TALLOS-GOLDRING | : |
| 500 Regatta Drive, Unit 2507 | : |
| Philadelphia, PA 19146 | : |

## CERTIFICATE OF SERVICE

I, GLENN M. ROSS, ESQUIRE, counsel for Plaintiff, hereby certify that I served a true and correct copy of TOWER AT OAK HILL CONDOMINIUM ASSOCIATION'S Motion for Relief from Automatic Stay Under Sections 362(a) and (e)(1), and Notice of Motion, Response Deadline, and Hearing Date, by First Class United States mail on November 27, 2017, addressed as follows:

Debtor:
Phyllis Tallos-Goldring
500 Regatta Drive, Unit 2507
Philadelphia, PA 19146

Trustee:
William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Attorney for Debtor:
Brad J. Sadek
Sadek and Cooper
1315 Walnut St., Suite 502
Philadelphia, PA 19107

GLENN M. ROSS
Attorney for Plaintiff
566 South Bethlehem Pike
Fort Washington, PA 19034
(215) 643-7200