IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    PHYLLIS TALLOS-GOLDRING    Chapter 13
Debtor

Case No. 17-13865

ORDER

AND NOW, this day of , 2018, the foregoing Stipulation is

APPROVED and shall be entered with the same force and effect as an Order of this Court.

BY THE COURT:


ASHELY M. CHAN
Bankruptcy Judge