IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     PHYLLIS TALLOS-GOLDRING             Chapter 13
                    Debtor

Case No. 17-13865

ORDER

AND NOW, this day of , 2018, the foregoing Stipulation is APPROVED and shall be entered with the same force and effect as an Order of this Court.

BY THE COURT:

**Date: January 30, 2018**

ASHELY M. CHAN
Bankruptcy Judge